

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2014

No. 04-13-00804-CV

**LONE STAR BAKERY, INC.** and Lone Star Bakery of San Antonio, Inc.,
Appellants

v.

Tomas **DE LA GARZA,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13819
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellants' reply brief is due March 18, 2014. *See* TEX. R. APP. P. 38.6(c). On March 4, 2014, Appellants moved this court to extend the deadline to file the reply brief until April 4, 2014, for a seventeen-day extension.

Appellants' motion is GRANTED. Appellants' reply brief must be filed not later than April 4, 2014. **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEF WILL BE GRANTED.**

We caution Appellants that this court may decide this appeal before Appellants file the reply brief. *See id.* R. 38.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court